No. 1178, Misc.  MONAHAN *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 4th Jud. Dept.  Certiorari denied.

No. 1180, Misc.  ELKSNIS *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  *Solicitor General Griswold* for the United States.

No. 1182, Misc.  SIMONS *v.* NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No. 1186, Misc.  THWING *v.* SOUTH DAKOTA.  Cir. Ct. S. D., 4th Jud. Cir.  Certiorari denied.

No. 1189, Misc.  GUENTHER *v.* ALABAMA.  Sup. Ct. Ala.  Certiorari denied.  *MacDonald Gallion,* Attorney General of Alabama, and *David W. Clark* and *Lloyd G. Hart,* Assistant Attorneys General, for respondent.

No. 1191, Misc.  WHITE *v.* PEYTON, PENITENTIARY SUPERINTENDENT.  C. A. 4th Cir.  Certiorari denied.

No. 1194, Misc.  STEBBINS *v.* STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. ET AL.  C. A. D. C. Cir. Certiorari denied.  *Earle K. Shawe* and *Robert E. Anderson* for State Farm Mutual Automobile Insurance Co. et al., and *James F. Bromley* for Keystone Insurance Co. et al., respondents.

No. 1196, Misc.  CHESNUT ET AL. *v.* UTAH.  Sup. Ct. Utah.  Certiorari denied.

No. 1199, Misc.  MULL *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  *Solicitor General Griswold* for the United States.